■ In the Matter of NORMAN GLASSMAN, Admitted as NORMAN ARTHUR GLASSMAN, an Attorney. — Pending final determination of the petition, respondent is suspended from practice as an

attorney and counselor at law in the State of New York, effective December 11, 1984, and until the further order of this court. Concur — Sullivan, J. P., Ross, Carro, Bloom and Kassal, JJ.